Holly E. Cheong, Nevada Bar No. 11936
holly.cheong@troutman.com
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (213) 928-9800
Fax: (213) 928-9850
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 *(Los Angeles Office)*

Attorney for Defendant
Applicant Insight, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRODRICK MARCELL BARFIELD<br><br>Plaintiff,<br><br>v.<br><br>APPLICANT INSIGHT, INC.<br><br>Defendant. | Case No.: 2:26-cv-1499-JCM-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant APPLICANT INSIGHT, INC. ("AI") files this motion to extend AI's deadline to file its response to Plaintiff Brodrick Marcell Barfield's ("Plaintiff") Complaint (ECF No. 1) through July 2, 2026. This is AI's first request for an extension.

On May 18, 2026, Plaintiff filed his Complaint. ECF No. 1. On May 21, 2026, the Complaint was served on AI. ECF No. 4. AI's deadline to respond to the Complaint is June 11, 2026. Pursuant to LR IA 6-1 and 6-2, Plaintiff and Defendant (collectively, "Parties") together bring this Stipulation for Extension for Time to

- 1 -
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

TROUTMAN PEPPER LOCKE LLP
8985 S. EASTERN AVENUE
STE. 200
LAS VEGAS, NV 89123

Respond to Complaint ("Stipulation"). In support of this Stipulation, the Parties state as follows:

1.     Counsel for AI was recently engaged. Thus, they require additional time to adequately review the allegations in the Complaint and prepare an appropriate response.

2.     On June 1, 2026, counsel for AI contacted counsel for Plaintiff regarding an extension. Plaintiff does not oppose AI's request.

3.     Good cause exists because an extension will allow counsel for AI to evaluate the merits of the claim and develop an expedient strategy to address the dispute. The extension does not alter any deadlines or events set by the Court, was not made for purposes of delay, and will not prejudice Plaintiff. This is the Parties' first stipulation for an extension.

4.     Plaintiff and AI hereby stipulate to a twenty-one (21) day extension of AI's deadline to respond to Plaintiff's Complaint. AI shall have until July 2, 2026, to file its responsive pleading.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

TROUTMAN PEPPER LOCKE LLP
8985 S. EASTERN AVENUE
STE. 200
LAS VEGAS, NV 89123

- 2 -
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

TROUTMAN PEPPER LOCKE LLP
8985 S. EASTERN AVENUE
STE. 200
LAS VEGAS, NV 89123

AI respectfully requests that the Court enter an Order providing AI with an extension of time up to and including July 2, 2026, to file its response to Plaintiff's Complaint.

Dated:  June 5, 2026                    By:   */s/ Michael Yancey III*
Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

Austin Griffin, FL #117740
*Pro Hac Vice forthcoming*
CONSUMER JUSTICE LAW FIRM
8095 N. 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
F: (480) 613-7733
E: agriffin@consumerjustice.com

*Attorney for Plaintiff Brodrick Marcell Barfield*

Dated:  June 5, 2026                    */s/ Holly E. Cheong*
Holly E. Cheong
Nevada Bar No. 11936
*Attorney for Defendant*
*Applicant Insight, Inc.*

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

Dated:         June 8, 2026

- 2 -
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT