Austin Griffin, FL #117740
(admitted Pro Hac Vice)
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
F: (480) 613-7733
E: agriffin@consumerjustice.com

Michael Yancey III
Nevada Bar No: 16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff*
*Brodrick Marcell Barfield*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

BRODRICK MARCELL BARFIELD,

Plaintiff,

v.

APPLICANT INSIGHT, INC.

Defendants.

Case No.: 2:26-cv-01499

**NOTICE OF SETTLEMENT AS TO DEFENDANT APPLICANT INSIGHT, INC.**

**NOTICE IS HEREBY GIVEN** that Plaintiff Brodrick Marcell Barfield and Defendant Applicant Insight, Inc. (“Applicant”), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that

performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: October 27, 2026

**CONSUMER JUSTICE LAW FIRM PLC**

By: _/s/ Austin Griffin_
Austin Griffin, FL #117740
*(admitted Pro Hac Vice)*
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
F: (480) 613-7733
E: agriffin@consumerjustice.com

Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff,*
*Brodrick Marcell Barfield*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that dismissal papers are due no later than December 11, 2026.

Xellus C. Mahan

U.S. DISTRICT JUDGE

Date: November 2, 2026