Austin Griffin, FL #117740
(admitted Pro Hac Vice)
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
F: (480) 613-7733
E: agriffin@consumerjustice.com

Michael Yancey III
Nevada Bar No: 16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff*
*Brodrick Marcell Barfield*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

BRODRICK MARCELL BARFIELD,

Plaintiff,

v.

APPLICANT INSIGHT, INC.

Defendants.

Case No.: 2:26-cv-01499-JCM-EJY

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT APPLICANT INSIGHT, INC. ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Brodrick Marcell Barfield and Defendant Applicant Insight, Inc. ("Applicant Insight"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be

dismissed with prejudice as to Defendant Applicant Insight, Inc. only. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED this November 20, 2026.

By: /s/ Austin Griffin
Austin Griffin, FL #117740
*(admitted Pro Hac Vice)*
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (305) 433-3252
F: (480) 613-7733
E: agriffin@consumerjustice.com

Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff,*
*Brodrick Marcell Barfield*

By: /s/ Holly E. Cheong
Holly E. Cheong, Nevada Bar No. 11936
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 (Nevada Office)
Tele: (213) 928-9800
Fax: (213) 928-9850
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 (Los Angeles Office)

*Attorney for Defendant,*
*Applicant Insight, Inc.*

IT IS SO ORDERED.

James C. Mahan
U.S. DISTRICT JUDGE

Date: November 20, 2026